IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FRED WIDMAN, et al.,**

**Plaintiffs,**

**v.**

**CONNECTICUT GENERAL LIFE INSURANCE COMPANY,**

**Defendant.**                                              No. 09-695-DRH

## ORDER

**HERNDON, Chief Judge:**

Before the Court is a Stipulation for Dismissal with Prejudice (Doc. 19) filed by both the Plaintiffs and Defendant. The parties agree that this case should be dismissed with prejudice with each party to bear its own costs. Therefore, the Court **ACKNOWLEDGES** the Stipulation (Doc. 19) and **DISMISSES with prejudice**, with each party to bear its own costs, Plaintiffs' cause of action against Defendant. The Clerk to enter judgment accordingly.

**IT IS SO ORDERED.**

Signed this 26th day of February, 2010.

/s/ David R. Herndon
**Chief Judge
United States District Court**